**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7272**

———————————

DEVON SAMPLE,

Plaintiff - Appellant,

versus

SERGEANT TART; R. ADCOCK, Lieutenant; HATTIE
PIMPONG,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-95-541-5-BO)

———————————

Submitted:  December 19, 1996        Decided:  January 6, 1997

———————————

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Devon Sample, Appellant Pro Se.  William McBlief, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment and dismissing his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Sample v. Tart</u>, No. CA-95-541-5-BO (E.D.N.C. June 26, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>